UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Martin Castellanos,<br><br>           Plaintiff<br><br>v.<br><br>Leslie Ann Woll, et al.,<br><br>           Defendants | Case No. 2:25-cv-01064-CDS-MDC<br><br>**Order Granting Defendants'<br>Unopposed Motion to Dismiss**<br><br>[ECF No. 7] |

      This is Federal Tort Claims Act brought by plaintiff Martin Castellanos against defendants Leslie Ann Woll, EAN Holdings, LLC, and unnamed DOES and ROES. *See* Compl., ECF No. 1-2. The action was initiated in the Eighth Judicial District Court, Clark County, Nevada. *See* Pet. for removal, ECF No. 1. Defendants removed this action to this court on June 16, 2025. *Id.* Defendants now move to dismiss this action. Mot., ECF No. 7. The deadline to respond to the dismissal motion was August 6, 2025. *See id.*; *see also* Local Rule 7-2(b) (stating that the deadline to file and serve any points and authorities in response to any motion other than one for summary judgment is fourteen days after service of the motion). The August 6 deadline passed without any response, leaving the motion to dismiss unopposed.

      Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion." I apply this rule and deem plaintiff's failure to respond to the motion to dismiss as consent to granting the motion.

## Conclusion

IT IS HEREBY ORDERED that defendants' motion to dismiss **[ECF No. 7]** is **GRANTED**, therefore this case is **dismissed without prejudice**.

The Clerk of Court is kindly directed to close this case.

Dated: August 28, 2025

_____
Cristina D. Silva
United States District Judge

2